**UNITED STATES of America,**
**Appellee,**

v.

**Victor Acosta BOURNE, Defendant–**
**Appellant.**

**No. 09–3587–cr.**

United States Court of Appeals,
Second Circuit.

Oct. 8, 2009.

Edward D. Wilford, New York, N.Y., for Defendant–Appellant.

Toni M. Mele, Assistant United States Attorney (Emily Berger and Patricia E. Notopoulos, Assistant United States Attorneys, on the brief), for Benton J. Campbell, United States Attorney for the Eastern District of New York, Brooklyn, N.Y., for Appellee.

Present: WALKER, ROBERT A. KATZMANN, and DEBRA ANN LIVINGSTON, Circuit Judges.

## SUMMARY ORDER

Defendant-appellant Victor Acosta Bourne appeals, pursuant to Federal Rule of Appellate Procedure 9(a), from a July 14, 2009 order denying his application for bail and directing that he be detained pending trial. For substantially the reasons set forth by the district court, the district court's detention order is **AFFIRMED.**